# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZORAIDA SUAREZ, M.D., | Case No. 2:14-CV-00340-BRO-RZ |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, UNUM GROUP and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown;

IT IS HEREBY ORDERED that this action, Case No. 2:14-CV-00340-BRO-RZ, is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter

**IT IS SO ORDERED.**

Dated: May 11, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1   Case No. 2:14-CV-00340-BRO-RZ.
ORDER GRANTING STIPULATION FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE